Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## _____ District of _____
## _____ Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 22 2024

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Tinka El, Hassan Sahih-Bey | ) | Case No. **1:24-CV-0795** |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)*  ✔ Yes  ☐ No |
| -v- | ) | |
| COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tinka El |
| Street Address | [c/o] 6999 BISCAYNE BLVD |
| City and County | REX |
| State and Zip Code | GEORGIA [ZIP EXEMPT] |
| Telephone Number | 7579924781 |
| E-mail Address | Tinkael0@gmail.com                          see attached |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREI
- Job or Title *(if known)*:
- Street Address: 6358 COLUMBIA RD
- City and County: APPLING
- State and Zip Code: GEORGIA 30802
- Telephone Number: 7065411640
- E-mail Address *(if known)*:

Defendant No. 2
- Name: BRANDI THREAT
- Job or Title *(if known)*: DIRECTOR OF COLUMBIA COUNTY DFACS
- Street Address: 6358 COLUMBIA RD
- City and County: APPLING
- State and Zip Code: GEORGIA 30802
- Telephone Number: 7065411640
- E-mail Address *(if known)*:

Defendant No. 3
- Name: HALEY NORRIS
- Job or Title *(if known)*: SUPERVISOR / CASE WORKER OF COLUMBIA COUNTY DFAC:
- Street Address: 6358 COLUMBIA RD
- City and County: APPLING
- State and Zip Code: GEORGIA 30802
- Telephone Number: 7065411640
- E-mail Address *(if known)*:

Defendant No. 4
- Name: TIFFANY WARDY
- Job or Title *(if known)*: FORMER CASE WORKER OF COLUMBIA COUNTY DFACS
- Street Address: 6358 COLUMBIA RD
- City and County: APPLING
- State and Zip Code: GEORGIA 30802
- Telephone Number: 7065411640
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S.C. subsec. 241, 242, 245
18 U.S.C. 1201
18 U.S.C. 1091

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

            Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/21/2024

Signature of ~~Plaintiff~~ Claimant: Tinka El    Hassan Sahih Bey ARR U.CC 1-308
Printed Name of ~~Plaintiff~~ Claimant: Tinka El    Hassan Sahih Bey ARR UCC 1-308

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

  

# THE MOORISH NATIONAL REPUBLIC
# MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Federal Court
For Northern District State of
GEORGIA

Tinka El , Hassan Sahih-Bey, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS

[c/o 6999 BISCAYNE BLVD]
[REX GEORGIA [Zip Exempt]]
Northwest Amexem

**Claimants**

v.

COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES
**Respondents / Defendants**

## Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

## Claimant

Tinka El and Hassan Sahih-Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by the unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moabites and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States, the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
- COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES
- Director of DFACS BRANDI THREAT
- DFACS Supervisor/case worker HALEY NORRIS
- social worker TIFFANY WARDY
- social worker MIRANDA MCFARLAND

## Statement Of Facts

I state for the record:

1. On April 6th, 2023, COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES kidnapped our three children based on false pretenses, no proper investigation nor probable cause. We took our oldest daughter Eumoorah El to the hospital for breathing issues which was confirmed as double mycoplasma pneumonia in both lungs. DFACS along with THE CHILDRENS HOSPITAL OF AUGUSTA also made claims that Eumoorah had nutritional rickets which is caused from malnutrition. She was later diagnosed with hypocalcemic rickets which is a hereditary disorder.
2. Since then, the DEPARTMENT OF FAMILY AND CHILDREN SERVICES of COLUMBIA COUNTY has attempted to denationalize our children with an attempt to strip away their American National Birthrights disregard their affidavits of live birth and applying them for a birth certificate with the United States corporation.
3. as well as commit a form of genocide by forcingly stripping our children away from their heritage and national origin and placing them with a different group of people.
4. The DEPARTMENT OF FAMILY AND CHILDREN SERVICES has also vaccinated our children without parental consent since May of 2023
5. As of date 01-16-2024 the DEPARTMENT OF FAMILY AND CHILDREN SERVICES still refuses to reunify our family as well as denying family placement and visitation. We have not been able to see our children since April 6,2023.

## RELIEF

**1. The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as National Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)** I, Tinka El and Hassan Sahih-Bey, demand that Eumoorah El, Anuzeye'ah El and Kymere El be immediately released from COLUMBIA COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES and be reunified with their rightful guardians Tinka El and Hassan Sahih-Bey.

**2)** I, Tinka El and Hassan Sahih-Bey demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**3)** I, Tinka El and Hassan Sahih-Bey, demand this United States Federal Court stop the abuses of colorable authority on the claimant.

**4)** I, Tinka El and Hassan Sahih-Bey, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**5)** I, Tinka El and Hassan Sahih-Bey, demand this United States Federal Court view the Claimants (in Proper Person) as a Moorish American Nationals (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN, COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true. $2,000,000 for each injured party for civil rights violation

**6)** I, Tinka El and Hassan Sahih-Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of the Claimants (Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering the Plaintiffs to be brought before the Law to answer for their criminal and unjust actions.

**7)** All UNCONSTITUTIONAL 'Orders' or 'Actions' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of international jurisdiction / venue.

**8)** All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**9)** Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

**10)** Respondent the DEPARTMENT OF FAMILY AND CHILDREN SERVICES is being sued for $5,000,000 for compensatory damages for the emotional distress placed upon our family and $5,000,000 for punitive damages in its official capacity payable in lawful money.

**11)** Respondent the DEPARTMENT OF FAMILY AND CHILDREN SERVICES is being sued for $2,000,000 for each vaccination administered to Eumoorah El, Anuzeye'ah El, and Kymere El for compensatory damages and $2,000,000 punitive for each vaccination administered to Eumoorah El, Anuzeye'ah El, and Kymere El damages in its official capacity payable in lawful money.

**12)** Respondent the DEPARTMENT OF FAMILY AND CHILDREN SERVICES is being sued for $5,000,000 total for the offense of 18 U.S.C. 1091 for compensatory damages in its official capacity payable in lawful money.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge with honorable intent.

Respectfully submitted this ___ day of __February__, 2024 = 1444 M.C.

I Am: _Tinka El_
Tinka El,
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103

[c/o 6999 BISCAYNE BLVD]
[REX GEORGIA [Zip Exempt]]
Northwest Amexem

I Am: _Hassan Sahih Bey_
Hassan Sahih-Bey
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103

[c/o 6999 BISCAYNE BLVD]
[REX GEORGIA [Zip Exempt]]
Northwest Amexem